Case 3:24-mj-00410-RMS   Document 1-1   Filed 05/03/24   Page 1 of 11

United States District Court
District of Connecticut
FILED AT NEW HAVEN

5/3                     ,20 24

By  N. Langello
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Travis Tilley,**<br><br>Defendant. | Case No. 3:24-MJ-410 (RMS)<br><br>**FILED UNDER SEAL**<br><br>May 3, 2024 |

### AFFIDAVIT IN SUPPORT OF A
### CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brendan P. Lundt, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I have been employed as a Special Agent of the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") since August 2003 and am currently assigned to the Office of the Resident Agent in Charge, New Haven, Connecticut. I have gained training and experience through training at the Federal Law Enforcement Training Center's Criminal Investigator Training Program. As part of my duties, I am authorized to investigate violations of the laws of the United States, including but not limited to criminal violations relating to the sexual exploitation of children, child pornography, coercion and enticement, and transportation of minors, such as violations of Title 18, United States Code §§ 2422, 2423, 2251, and 2252A (and conspiracy and attempt to commit the same).

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code ("U.S.C."), that

is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. The statements contained in this affidavit are based in part on information provided by witnesses with first-hand knowledge of the events described herein; by other members of local, state, and federal law enforcement; my own investigation to include personal observations, documents and other investigative materials which I have reviewed; and my training and experience as a Special Agent with HSI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested criminal complaint and arrest warrant.

**IDENTIFICATION OF TARGET AND BASIS OF INVESTIGATION**

4. I make this affidavit in support of a criminal complaint and arrest warrant for **TRAVIS TILLEY**, an adult male born in 1983, charging him with the following violations of federal law: 18 U.S.C. § 2252A(a)(2) and (b)(1) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (possession of child pornography), (collectively, the "**TARGET OFFENSES**").

5. In 2019, **TILLEY** was convicted in the state of Connecticut of risk of injury to a child, which involved sexual intercourse with a person under the age of 13, in violation of the Conn. Gen. Stat. § 53-21(a)(2), and possession of child pornography in the third degree, in violation of Conn. Gen. Stat. § 53a-196f.

6. On or about August 22, 2022, **TILLEY** was released from the custody of the Connecticut Department of Correction ("DOC"), and his probation period of 15 years commenced under the supervision of Connecticut Court Support Services Division – Adult Probation Services ("CSSD"). **TILLEY** is subject to lifetime registration as a sex offender because of his convictions. As part of the conditions of his release, **TILLEY** was prohibited from using the internet and/or having computer access without the approval from his supervising probation officer and treatment providers.

7. As explained in more details below, in March of 2023, HSI New Haven began an investigation into **TILLEY** after receiving a report from his probation officer that a device seized from **TILLEY**'s residence contained child pornography. In connection with that investigation, I obtained a search warrant authorizing HSI to forensically examine the contents of that device, and I confirmed that the device did, in fact, contain child pornography.

## STATUTORY AUTHORITY

8. As noted above, this investigation concerns alleged violations of:

   a. 18 U.S.C. § 2252A(a)(2), which prohibits any person from knowingly receiving or distributing any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or any material that contains child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or

transported in or affecting interstate or foreign commerce by any means, including by computer; and

b. 18 U.S.C. § 2252A(a)(5)(B), which prohibits a person from knowingly possessing or knowingly accessing with intent to view any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## PROBABLE CAUSE

9. On March 9, 2023, members CSSD conducted a field visit to **TILLEY**'s reported residence in Naugatuck, Connecticut. Upon arrival, Probation Officer David Russ encountered Individual-1, who confirmed that **TILLEY** was home and led Officer Russ to the second floor of the apartment.

10. Upon arriving at the second floor, Officer Russ observed **TILLEY** sitting on the end of the bed in his mother's bedroom. **TILLEY** hurriedly left the room as Officer Russ approach. As Officer Russ passed the room, he observed in plain view a video game controller that was attached to a laptop computer where **TILLEY** had been sitting.

11. **TILLEY** was asked about the video game controller, but he insisted there was no controller. **TILLEY**'s mother, Individual-1, accompanied Officer Russ

back to the bedroom where the laptop and controller were observed. Individual-1 stated that the laptop computer belonged to **TILLEY**. The laptop computer, identified as an HP Pavilion Laptop, serial number 5CD7257QGD, a Samsung 128GB Flash Drive (collectively, the "**TILLEY DEVICES**"), and an attached Vention USB Hub were seized.

12. On March 13, 2023, the **TILLEY DEVICES** were transferred to James Baker, a detective with the Westport Police Department and a forensic examiner with the Technical Investigations Unit of Southwest Connecticut, for forensic examination. On March 16, 2023, Detective Baker provided the results of a forensic examination to Officer Russ. The forensic report detailed that there was only one registered user of the HP laptop computer. The computer had been in use from the time of **TILLEY**'s release from DOC custody, August 2022, until the time of Officer Russ's visit on March 9, 2023. Data found on the computer listed the user as **TILLEY** with a date of birth that is known to me in the year 1983. A photograph of **TILLEY** was located on the computer depicting **TILLEY** holding up his Connecticut identification card along with a handwritten sign stating "Guimuave #7301 Mommy's basement."

13. The report indicated that **TILLEY** had utilized prohibited software and had accessed numerous sites that provide sexually explicit material. **TILLEY** was also utilizing an encrypted email service, which is also prohibited under his

conditions of probation. Two videos of child pornography were located and are described below:[1]

    a. File "███████████████████████████████████████████████████████ ███████" is a video approximately 1 minute and 51 seconds in length that depicts an adult male anally penetrating a prepubescent female with his penis.

    b. File "████████████████████████████████████████████" is a video approximately 1 minute and 43 seconds in length that depicts a prepubescent Asian female exposing her vagina, buttocks, and chest in multiple positions for the duration of the video.

    14.    On May 18, 2023, I spoke with Detective Baker, who provided me with additional information about the **TILLEY DEVICES**. According to Detective Baker, the laptop computer was configured to automatically load an operating system known as "Tails" from an external device when the laptop was powered on. Detective Baker further advised me that the Tails operating system was located on the Samsung 128GB Flash Drive seized with **TILLEY**'s computer.

    15.    I know, from my training, experience, and research, that Tails is a Linux-based "amnesiac" operating system that is designed to be booted from an external USB drive or DVD and leaves no digital footprint on the machine unless

---

[1] Throughout this affidavit, I describe images and videos where I believe a minor (a person under the age of 18), is engaged in sexually explicit conduct. My assessment is based on my experience working child exploitation cases and on my personal review of the image or video. In making this assessment, I consider the totality of the circumstances including the "minor's" physical size (height/weight); hair in the auxiliary areas (pubic area or under the arms) and development of the sexual organs (such as breasts in females). In circumstances in which I am uncertain if an image or video depicts a minor, I would describe it as "age difficult" or "child erotica."

configured to do so by the user. Tails comes pre-loaded with a variety of security software that supports encryption of files and internet transmissions. Because Tails runs in a computer's random access memory (RAM), it does not write to the hard drive or other storage medium and therefore leaves no traceable evidence of its use or the user's activities. Although a user may choose to keep files using Tails, those files are stored in "persistent storage," which is encrypted by default and not detectable by forensic analysis. When Tails is shut down, it overwrites most of the computer's RAM and thus prevents forensic recovery of evidence of how the computer was used.

16. On May 3, 2023, Detective Baker provided me with a Black WD Elements 2TB Drive, serial number WX72A711AVJY (the "**TARGET DRIVE**"), which he stated contained the data he extracted from each of the **TILLEY DEVICES**.

17. On July 13, 2023, the Honorable Robert M. Spector, United States Magistrate Judge, issued a search warrant to HSI New Haven authorizing a search of **TARGET DRIVE** for evidence of violations of 18 U.S.C. § 2252A(a)(2) (receiving and distributing child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography). The search warrant was executed on July 14, 2023, and HSI Special Agent Michael Manganiello conducted a preliminary forensic examination of the **TARGET DRIVE**.

18. The forensic examination confirmed the results of Detective Baker's examination. In particular, Special Agent Manganiello located the two videos of child

pornography identified by Detective Baker. The files were found in the directory "Users\Langu\Downloads\." I know, on the basis of my training and experience, that this directory is created by the Windows operating system and by default does not contain any files, let alone videos depicting child pornography. The directory is typically used by users to save files downloaded through the user's browser or other applications.

19. Additionally, Special Agent Manganiello located on the device an end-to-end encrypted messenger app called "Element." Within the Element app's cache directory, Special Agent Manganiello discovered about 60 images of AI-generated child pornography. His examination also confirmed that the Tails USB had been plugged into the laptop at least 234 times between December 12, 2022, and March 9, 2023.

20. In and about December 2023, Detective Baker reexamined the laptop with the goal of finding additional information about the two videos of child pornography discovered by Special Agent Manganiello and him. The examination revealed that the Element app was installed six days prior to the laptop's seizure, on March 3, 2023. About four days later, on March 7, 2023, the following sequence of events took place:

    a. 1:54:04 P.M.: An encrypted container file named "f_00106b" appears in the Element app's cache directory, "AppData\Roaming\Element\Cache\Cache_Data."

    b. 1:54:13 P.M.: The container file is accessed.

      c.   1:54:19 P.M.: A LNK file is created for "C:\Users\Langu\Downloads\▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮."

21.    According to Detective Baker, LNK files are automatically created by the operating system whenever a user opens files. A LNK file assists the operating system in locating the file associated with it. It often contains information about the file, such as the file's location and the dates and times it was accessed.

22.    The most likely explanation for the above sequence of events, according to Detective Baker, is that **TILLEY** received the encrypted container through the Element app and extracted the file "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" from the container to his downloads directory. This file was then accessed at least one additional time, on March 8, 2023, at 5:15:36 P.M.

23.    In addition, the examination located "jump lists"—forensic artifacts that contain information about user actions on the device—relating to the second video file. The jump lists show that the file "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" was accessed on March 7, 2023, at 1:54:45 P.M., shortly after the encrypted container appeared and was accessed.

24.    Finally, Detective Baker located evidence suggesting that **TILLEY** was a member of Element chat rooms focused on, among other things, child pornography and AI-generated child pornography. Specifically, Detective Baker determined that **TILLEY** was a member of rooms titled, "▮▮▮▮▮▮▮▮▮▮," "▮▮▮▮▮▮▮▮▮▮,"

"▆▆▆▆▆," "▆▆▆▆▆▆▆▆," "▆▆▆▆▆▆," and "▆▆▆▆▆▆▆▆▆▆▆," among others. The description associated with the room "▆▆▆▆▆" stated: "room for any crimes associated with fucking kids, no adult content allowed, kids welcome!"

25. Lastly, Detective Baker's examination uncovered the following excerpts from messages sent by the user of laptop (who used the name "Marshmallow"):

   a. "eating 5yo pussy…god."

   b. "though, for me, even better: fucking her mom from behind, while *mom* eats that 5yo pussy"

   c. "I've only been in a relationship with one woman who knew, and she was only ok with it if it didn't involve her in any way."

## CONCLUSION

26. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe, and I do believe, that **TILLEY** has committed violations of 18 U.S.C. § 2252A(a)(2) and (b)(1), and 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). Therefore, I request that the Court issue an arrest warrant for **TILLEY** for the violations listed above.

[Signature Page Follows]

Respectfully submitted,

**BRENDAN P LUNDT**
Digitally signed by BRENDAN P LUNDT
Date: 2024.05.03 07:57:18 -04'00'

BRENDAN P. LUNDT
Special Agent
Homeland Security Investigations

The truth of the foregoing affidavit has been attested to me by Special Agent Brendan P. Lundt over the telephone on this ___3rd day of May 2024.___

**Robert M. Spector**
Digitally signed by Robert M. Spector
Date: 2024.05.03 11:37:13 -04'00'

HONORABLE ROBERT M. SPECTOR
United States Magistrate Judge